# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>                                  Plaintiff,<br><br>-against-<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>                                  Defendant. | Civil Action No. 1:23-cv-01508-CKK |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate and agree to dismiss this action without prejudice.

Date:  October 2, 2023
        Washington, DC

Respectfully submitted,

| | |
|---|---|
| SIRI & GLIMSTAD LLP<br><br>*/s/ Elizabeth A. Brehm*<br>Aaron Siri, DC Bar No. NY0537<br>Elizabeth A. Brehm, DC Bar No. NY0532<br>Siri & Glimstad LLP<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>Tel: (212) 532-1091<br>aaron@sirillp.com<br>ebrehm@sirillp.com<br><br>*Attorneys for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar. #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>*/s/ Sam Escher*<br>SAM ESCHER, DC Bar #1655538<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2531<br>Sam.Escher@usdoj.gov<br><br>OF COUNSEL:<br><br>MARK J. RAZA<br>Chief Counsel<br><br>WENDY S. VICENTE<br>Deputy Chief Counsel, Litigation |

TODD MILLER
Associate Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
Todd.Miller@fda.hhs.gov

*Attorneys for Defendant*